1
2
3
4
5
6                **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8
9    LILIAN SIMONIS, et al.,                    No. CIV S-09-0446-LKK-CMK
10             Plaintiffs,
11        vs.                                    <u>ORDER</u>
12   ERIC MAGRINI,
13             Defendant.
14   _____/
15             Plaintiffs, who are proceeding pro se, bring this civil action.  In light of the notice
16   of pending bankruptcy filed by defendant Magrini, this action is stayed.  Defendant Magrini shall
17   notify this court within 30 days after final resolution of his bankruptcy proceeding.
18             IT IS SO ORDERED.
19
20    DATED:  February 19, 2009
21                                              _____
22                                              **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE
23
24
25
26

                                                 1