IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIAN SIMONIS, et al., | No. CIV S-09-0446-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| ERIC MAGRINI, | |
| Defendant. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil action.  In light of the notice of pending bankruptcy filed by defendant Magrini, this action was stayed on February 20, 2009. Defendant Magrini shall file a status report within 30 days of the date of this order advising the court of the status of his bankruptcy proceeding.  Defendant is cautioned that failure to comply could result in the imposition of appropriate sanctions.  See Local Rule 110.

      IT IS SO ORDERED.

DATED: June 29, 2011

                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE