## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LILLIAN SIMONIS, ET AL.,**

CASE NO: **2:09–CV–00446–LKK –CMK**

v.

**ERIC MAGRINI,**

**XX –– Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/22/11**

**Victoria C. Minor**
Clerk of Court

ENTERED: **December 22, 2011**

by: /s/ C. Manzer
Deputy Clerk